UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN THE MATTER OF | IN PROCEEDINGS UNDER |
| SPINELLI, Karin & Craig | CHAPTER 13 |
| Debtors | CASE NO. 12-30259LMW |

## ORDER CONFIRMING CHAPTER 13 PLAN

The debtor's plan was filed on 2/6/12, and was amended on 12/5/12.  A summary of the plan, or a summary of the final amendment of the plan, was transmitted to the creditors under Bankruptcy Rule 3015.  The Court finds that the plan meets the requirements of 11 U.S.C. Section 1325 and 1329.

IT IS ORDERED THAT:
   The debtor's chapter 13 plan is confirmed, with the following provisions:
1. Payments:  Amount of each payment: $101.54 every two weeks on Fridays, commencing 12/28/12.
2. Period of payments:    36 months, or until a dividend of not less than 0.0% is paid to creditors holding allowed unsecured claims.*

   Payable to:    **Molly T. Whiton, Standing Trustee**
                  **P.O. Box 610**
                  **Memphis, TN 38101-0610**

   Payroll Deduction:
   __XX__   Unless previously ordered, the debtor's employer is ordered to deduct payments from the debtor's earnings, draw checks in the name of the standing trustee, and deliver or mail the same to the standing trustee on or before each due date until further order of this Court.
   _____   No payroll deduction is ordered.

3. Attorney's Fees:  The debtors' attorney was awarded a fee in the amount of $4,350.00, of which $4,350.00 is due and payable from the estate.

| | |
|---|---|
| **CRAIG SPINELLI'S EMPLOYER:** | **ATTN:  Payroll Dept.**<br>**Toys "R" Us**<br>**One Geoffrey Way**<br>**Wayne, NJ 07470** |
| **Employee ID No. xxx-xx-2110** | |

THE DEBTORS SHALL SUBMIT COPIES OF STATE & FEDERAL TAX RETURNS WITH ACCOMPANYING 1099 AND W-2 FORMS TO THE STANDING TRUSTEE BY MAY 1ST OF EACH YEAR FOR A REDETERMINATION OF DISPOSABLE INCOME AND WHAT WOULD BE THE DEBTOR'S BEST EFFORT UNDER A CHAPTER 13 PLAN OF REORGANIZATION PURSUANT TO 11 U.S.C. 1325(b)(1)(B).

Dated: December 7, 2012                         BY THE COURT

*Lorraine Murphy Weil*
Lorraine Murphy Weil
Chief United States Bankruptcy Judge